**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JAMAR HILL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO. 5:16-CV-18-MTT-MSH** |
| | : | |
| **Warden ERIC SELLARS,** | : | |
| | : | |
| **Defendant.** | : | |

_____

## <u>ORDER</u>

Plaintiff Jamar Hill, a prisoner incarcerated at Hancock State Prison in Sparta, Georgia, has filed a *pro se* complaint seeking relief pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff alleges that prison officials have held him in the administrative segregation unit for more than two years, thereby violating their own policies and Plaintiff's constitutional rights. (Compl. 5, Jan. 13, 2016, ECF No. 1.) Plaintiff has, however, already initiated another lawsuit making very similar allegations against Defendant. This action therefore involves the same party and brings claims that appear to be closely related (if not identical) to those alleged in Plaintiff's pending lawsuit.

Rule 42(a) of the Federal Rules of Civil Procedure authorizes this Court to consolidate actions that "involve a common question of law or fact."[1] Consolidation of Plaintiff's cases will conserve judicial resources and permit the efficient resolution of

---

[1] "[T]he lack of any Rule 42(a) motion from any party in either of the two cases is no impediment to consolidation if the relevant considerations warrant same." *Chambers v. Cooney*, No. 07-0373-WS-B, 2007 WL 3287364, at *1 (S.D. Ala. Nov. 2, 2007) (citing *Devlin v. Transp. Comm. Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) *sua sponte*.")).

Plaintiff's claims.  It is therefore **ORDERED** that this case, 5:16-CV-18-MTT-MSH, be **CONSOLIDATED** into *Hill v. Sellars*, 5:15-CV-453-MTT-CHW, and that the present case, 5:16-CV-18-MTT-MSH, be **ADMINISTRATIVELY CLOSED.**

 **SO ORDERED**, this 9th day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
